FILED
2011 Sep-16 PM 03:47
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **ROLANDO C. SILVERIO** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Case Number: 2:09-cv-01914-AKK |
| | ) |
| **BUFFALO ROCK COMPANY,** | ) |
| | ) |
| **Defendant.** | ) |

## MEMORANDUM OPINION

The magistrate judge filed his report and recommendation in the above-styled cause on August 22, 2011, recommending that the defendant's motion for summary judgment be granted and this action dismissed with prejudice. To date, no objections to the report and recommendation have been filed.

Having now carefully reviewed and considered *de novo* all materials in the court file, the court agrees with the report and recommendation. Accordingly, the magistrate judge's report is due to be and hereby is **ADOPTED** and the recommendation is **ACCEPTED**. By separate order, the court will grant the motion for summary judgment and dismiss this action with prejudice.

DONE this 16th day of September, 2011.

_____
**ABDUL K. KALLON**
UNITED STATES DISTRICT JUDGE